USCA1 Opinion

 

 October 13, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1153 EVENT PRODUCERS, INC., ET AL., Plaintiffs, Appellants, v. TYSER & CO. NORTH AMERICA, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, and ____________________ Stahl, Circuit Judge. _____________ ____________________ Vicente Santori Coll, Vicente Santori Margarida and Victor J. _____________________ ___________________________ _________ Casal Vazquez on brief for appellants, Event Producers, Inc., Jorge ______________ Torres Caratini, Miguel Angel Rey and Jose Morales Ortiz. Manuel A. Quilichini on brief for defendants/appellees, Tyser & _____________________ Co. North America, Inc., Certain Insurers at Lloyd's of London. ____________________ ____________________ Per Curiam. Appellants appeal from a decision of __________ the district court dismissing on summary judgment motion their suit alleging that appellees had wrongfully delayed payment of certain insurance proceeds. After carefully reviewing the record in this case, we conclude that the district court correctly granted summary judgment for appellees. Accordingly, we affirm the decision below essentially for the reasons stated in the district court's opinions and orders dated November 24, 1993, and December 28, 1993. -2-